1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MEDICAL LIGHT THERAPIES, LLC, a Nevada limited liability company; JOSEPH WILLIAMS M.D., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSDERMAL CAP INC., a Delaware corporation; MICHAEL RABIN, an individual; and DOES I-X; inclusive,<br><br>Defendants. | CASE NO. 2:10-cv-00628-HDM-GWF<br>ORDER GRANTING<br><br>**STIPULATION AND ORDER TO STAY CASE** |
| TRANSDERMAL CAP INC., a Delaware corporation & MICHAEL RABIN, an individual,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>TIMOTHY R. WOFFORD,<br><br>Third-Party Defendant. | |

Plaintiff/Counterclaim Defendants, MEDICAL LIGHT THERAPIES, LLC and JOSEPH WILLIAMS M.D., by and through their counsel of record, H. Stan Johnson, Esq. and Brian

Morris, Esq. of CJD Law Group, and Defendants/Counterclaimants, TRANSDERMAL CAP INC. and MICHAEL RABIN, by and through their counsel of record, Randolph L. Howard, Esq. and E. Daniel Kidd, Esq. of Kolesar & Leatham, hereby stipulate and agree as follows:

On September 28, 2011, Plaintiff/Counterclaim Defendant JOSEPH WILLIAMS M.D. filed a Suggestion of Bankruptcy [Doc. 50]. The parties hereby stipulate and agree that this entire action [CASE NO. 2:10-cv-00628-HDM-GWF] and the remaining discovery deadlines shall be **STAYED** through the conclusion of Plaintiff/Counterclaim Defendant JOSEPH WILLIAMS M.D.'s bankruptcy.

**IT IS SO STIPULATED.**

DATED this 13 day of October, 2011.          DATED this 13th day of October, 2011.

**KOLESAR & LEATHAM**                          **CJD LAW GROUP**

_____                      _____
RANDOLPH L. HOWARD, ESQ.                       H. STAN JOHNSON, ESQ.
Nevada Bar No. 006688                          BRIAN MORRIS, ESQ.
E. Daniel Kidd, Esq.                           6293 Dean Martin Drive Suite G
Nevada Bar No. 0010106                         Las Vegas, NV 89118
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89102                        Attorneys for Plaintiffs
                                               Medical Light Therapies, LLC and
Attorneys for Defendants                       Joseph Williams, M.D.
Transdermal Cap, Inc. and
Michael Rabin

## ORDER

Pursuant to the foregoing Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that this entire action [CASE NO. 2:10-cv-00628-HDM-GWF] and the remaining discovery deadlines are hereby **STAYED** through the conclusion of Plaintiff/Counterclaim Defendant JOSEPH WILLIAMS M.D.'s bankruptcy or until further order of this court.

Dated: October 18, 2011

_____
**UNITED STATES DISTRICT COURT JUDGE**