**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MEDICAL LIGHT THERAPIES, LLC, a Nevada limited liability company; JOSEPH WILLIAMS M.D., an individual,<br><br>          Plaintiffs,<br><br>vs.<br><br>TRANSDERMAL CAP INC., a Delaware corporation; MICHAEL RABIN, an individual; and DOES I-X, inclusive,<br><br>          Defendants. | 2:10-cv-00628-HDM-PAL<br><br>ORDER |

On October 18, 2011, this court issued an order staying the above action based on the parties' stipulation to stay the case pending discharge of plaintiff and counter-defendant Joseph Williams' bankruptcy (#52). On January 18, 2012, the parties filed a stipulation to dismiss the entire action (2:10-cv-628-hdm-pal)

1

with prejudice (#53).  In light of this stipulation, the court hereby VACATES its stay of this action.  The court shall issue a separate order on the stipulation (#53).

IT IS SO ORDERED.

DATED: This 20th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE

2